IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| M.B.S., a minor, by and through her Mother and Next Friend, ALEXANDRA LAUREN REED, | * * * * | |
| Plaintiff, | * | CAUSE NO.: 21-553 |
| v. | * * | |
| DANT CLAYTON CORPORATION and Fictitious Defendants A to Z; "A" through "G", those persons, corporations or other legal entities who or which designed, manufactured, advertised, sold or otherwise placed into the stream of commerce the Alum-A-Stand bleachers, which are the subject of this lawsuit; "H" through "M", those persons, corporations or other legal entities who or which designed, manufactured, engineered, advertised, sold, or otherwise placed into the stream of commerce any component parts of the Alum-A-Stand bleachers, "N" through "S" are those persons, corporations or other legal entities who or which installed, repaired, inspected, replaced the Alum-A-Stand bleachers which are the subject matter of this lawsuit; "T" through "Z" are those persons, corporations or other legal entities whose negligence, wantonness or other wrongful conduct combined and concurred with the conduct of Defendants herein to cause injury to the Plaintiff; all the said Fictitious Parties are unknown to the Plaintiff at this time, but will be substituted by amendment when ascertained, | * * * * * * * * * * * * * * * * * * * * * * * * * * * | Plaintiff Request Trial by Jury |
| Defendants. | * | |

**COMPLAINT**

1

## JURISDICTIONAL PREAMBLE

COMES NOW the Plaintiff, M.B.S., a minor, by and through her Mother and Next Friend, Alexandra Lauren Reed, and in accordance with the *Alabama Rules of Civil Procedure*, files the following claim for relief against the Defendant, Dant Clayton Corporation and Fictitious Defendants, A – Z, as follows:

1. Plaintiff, M.B.S., a minor is a resident of Baldwin County, Alabama.

2. Defendant, Dant Clayton Corporation ("Dant"), is believed to be a foreign corporation, but at all times material doing business by agent in the State of Alabama and Baldwin County, Alabama.

3. Fictitious Defendants "A" through "G" are those persons, corporations or other legal entities who or which designed, manufactured, advertised, sold or otherwise placed into the stream of commerce the Alum-A-Stand bleachers which are the subject matter of this lawsuit.

4. Fictitious Defendants "H" through "M" are those persons, corporations or other legal entities who or which designed, manufactured, advertised, sold or otherwise placed into the stream of commerce any component parts of the Alum-A-Stand bleachers which are the subject matter of this lawsuit.

5. Fictitious Defendants "N" through "S" are those persons, corporations or other legal entities who or which installed, repaired, inspected, replaced the Alum-A-Stand bleachers which are the subject matter of this lawsuit.

6. Fictitious Defendants "T" through "Z" are those persons, corporations or other legal entities whose negligence, wantonness or other wrongful conduct combined and concurred with the conduct of Defendants herein to cause injury to the Plaintiff.

7. The amount in controversy is within the jurisdictional limits of this Honorable Court.

## STATEMENT OF THE FACTS

8. On or about February 13, 2017, Plaintiff attended a soccer game at Bay Minette Middle School in Baldwin County, Alabama, with her aunt.

9. After entering the field, Plaintiff was seated on the Alum-A-Stand bleachers provided for patrons who were attending events at the field.

10. The Alum-A-Stand bleachers and the component parts were designed, engineered, manufactured, marketed and sold by Defendant, Dant and Fictitious Defendants "A" through "Z".

11. Plaintiff fell a significant distance from the Alum-A-Stand bleachers to the ground below.

12. As a direct and proximate result of the defective Alum-A-Stand bleachers Plaintiff sustained severe injuries.

## COUNT ONE
### Products Liability
### Alabama Extended Manufacturer's Liability Doctrine

Plaintiff, M.B.S., a minor, by and through her Mother and Next Friend, Alexandra Lauren Reed, alleges against the Defendant, Dant and Fictitious Defendants A-Z, separately and severally as follows:

13. The Plaintiff adopts and realleges all prior paragraphs as if fully set out herein.

14. This count is based upon the Alabama Extended Manufacturer's Liability Doctrine. Defendant, Dant, and Fictitious Defendants "A" through "Z" designed, engineered, manufactured, advertised, tested, sold, distributed or otherwise placed into the stream of commerce, the Alum-A-Stand bleachers and the component parts in a defective and unreasonably dangerous condition.

15. These Defendants reasonably expected that the Alum-A-Stand bleachers would reach the ultimate consumer or user in the condition that it was at the time of the incident made the basis of this lawsuit.

16. The subject Alum-A-Stand bleachers and component parts were defective in design and manufacture in that there was an unreasonably dangerous propensity for a child to fall through the opening of the bleachers.

17. As a direct and proximate result of the allegations above, Plaintiff was caused to sustain severe injuries.

WHEREFORE, Plaintiff, M.B.S., a minor, by and through her Mother and Next Friend, Alexandra Lauren Reed, demands judgment against Defendant, Dant Clayton Corporation and Fictitious Defendants "A" through "Z" for compensatory and punitive damages, and such other damages as allowed by the State of Alabama and is within the jurisdictional limits of this Honorable Court, plus interests and costs.

**COUNT TWO**
**(Negligence and Wantonness)**

Plaintiff, M.B.S., a minor, by and through her Mother and Next Friend, Alexandra Lauren Reed, alleges against the Defendant, Dant and Fictitious Defendants A-Z, separately and severally as follows:

18. The Plaintiff adopts and realleges all prior paragraphs as if fully set out herein.

19. Defendant, Dant and Fictitious Defendants, A through Z were negligent and wanton in their failure to properly design, manufacture, engineer, advertise, sell, install, inspect replace, repair and/or warn the consumer of the dangers of the Alum-A-Stand bleachers.

20. The acts or omissions by Defendant, Dant, regarding the Alum-A-Stand bleachers occurred in Baldwin County, Alabama.

21. As a proximate consequence of the negligence or wanton wrongful acts by Defendants the Plaintiff was seriously injured.

WHEREFORE, Plaintiff, M.B.S., a minor, by and through her Mother and Next Friend, Alexandra Lauren Reed, demands judgment against Defendant, Dant Clayton Corporation and Fictitious Defendants "A" through "Z" for compensatory and punitive damages, and such other damages as allowed by the jurisdictional limits of this Honorable Court, plus interests and costs.

/s/ LUKE C. DENDIS
LUKE C. DENDIS (DEN050)
Attorney for Plaintiff

OF COUNSEL:

GREENE & PHILLIPS ATTORNEYS AT LAW, L.L.C.
51 N. Florida Street
Mobile, Alabama 36607
(251) 478-1115 – Telephone
(251) 471-3920 – Facsimile

**THE DEFENDANT TO BE PERSONALLY SERVED AS FOLLOWS:**

**Dant Clayton Corporation**
**Corporation Service Company, Inc.**
**641 South Lawrence St.**
**Montgomery, AL 36104**