# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| M.B.S., a minor, by and through her Mother and Next Friend, ALEXANDRA LAUREN REED,<br><br>Plaintiff,<br><br>vs.<br><br>DANT CLAYTON CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIV. A. NO. 21-0553-MU<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Defendant's Motion for Summary Judgment (Doc. 41) is **GRANTED,** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this the **28th** day of **April, 2023.**

/s/ P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**